**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Case No. 1:22-cr-32 (FYP)** |
| **v.** | : | |
| | : | |
| **BLAS SANTILLAN,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING OF VIDEO EXHIBITS

The United States of America hereby provides notice that it submitted the following video exhibits to the Government's Sentencing Memorandum, ECF 38, by USAfx to Chambers in the above-captioned matter.

- Video Exhibit 1 – Capitol Closed Circuit Video from the interior of the Rotunda Door

- Video Exhibit 2 – Cell phone video from the exterior of the Rotunda Door

Dated:  August 8, 2022

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:     *s/ Christopher D. Amore*
CHRISTOPHER D. AMORE
Assistant United States Attorney
Capitol Breach Detailee
NY Bar No. 5032883
970 Broad Street, Suite 700
Newark, NJ 07102
Office: (973) 645-2757
Christopher.Amore@usdoj.gov