IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 22-CR-00032 (FYP) |
| ) | |
| ) | |
| BLAS SANTILLAN ) | |

**NOTICE OF APPEARANCE**

COMES NOW Kira Anne West and enters her appearance as court appointed counsel for BLAS SANTILLAN, nunc pro tunc from August 26, 2022, in the above captioned case.

Respectfully submitted,

KIRA ANNE WEST

By:  _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 16 day of September, 2022 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

_____/S/_____
Kira Anne West