Case 1:22-cr-00032-FYP   Document 45-1   Filed 09/16/22   Page 1 of 4









**SHERIFF JOEY TERRELL**
hosts the
**HABERSHAM COUNTY SHERIFF'S OFFICE**
# GOLF TOURNAMENT
## 2022
benefiting the Georgia Sheriffs' Youth Homes

georgiasheriffsyouth.org

**REGISTRATION 8 AM**
*Breakfast provided*
**TEE OFF 10AM**

**September 20th**
**TUESDAY**
**4 Man Scramble**

**TEAM $600**

Lunch provided at 19th Hole Reception

**Team Price includes 2 mulligans, 1 red tee and 1 throw**

**Platinum Sponsor**
*includes TEAM*
**$1,500**

**Gold Sponsor**
**$750**

**Hole Sponsor**
**$200**

## The Orchard Golf & Country Club
1057 Orchard Drive, Clarkesville, GA 30523

**Raffle Tickets**
$5 each or 5 for $20

**Door Prizes**

**Prizes Awarded**
1st, 2nd, 3rd

CONTACTS: Captain Bryan Wright at 706-968-2575 or Major Leslie Hendrix at 706-968-2559
Make checks payable to: Georgia Sheriffs' Youth Homes (GSYH)    Mail to: Habersham County Sheriff's Office
                                                                Attn: Captain Bryan Wright
Credit cards accepted day of event                              1000 Detention Drive
                                                                Clarkesville, GA 30523



 

# Celebrity Golf Tournament

Hosted by
Rabun County Sheriff's Office

## Benefitting the Georgia Sheriffs' Youth Homes

Former professional athletes will be attending to play and mingle with participants before and after the tournament.

**Tuesday, August 30, 2022**
**Tee Off at 9:00 a.m.**

*Waterfall Club*

**Cost per Team: $800 (lunch included)**

Registration and Sponsorships are due by August 19, 2022

Gold Sponsor:    $500
Silver Sponsor:  $250
Hole Sponsor:    $100

**For registration and sponsorships** contact Jessica Robinson at 706-782-3612 or by email at Jessica.Robinson@rabuncounty.ga.gov

**For questions about the event,** contact Sheriff Nichols at 706-960-9738 or by email at chad.nichols@rabuncounty.ga.gov