IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 22-CR-0000032 (FYP) |
| | ) | |
| | ) | |
| BLAS SANTILLAN | ) | |

**NOTICE OF FILING**

The Defendant, BLAS SANTILLAN, by his counsel, Kira Anne West, hereby files this notice of filing of exhibit, a letter to the Court.

Respectfully submitted,

KIRA ANNE WEST

By:  _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 22nd day of September, 2022 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

_____/S/_____
Kira Anne West