Honorable Judge Pan,

I have contemplated what I should write in this letter for days on end. What words should I use? What should I say? Looking back that was pointless.

Instead as I write. It is not my own losses from this event that I mourn the most. Even though I have lost very much. Today I still get to continue to build with my family by my side. Everyday I still get to see all of my loved ones. That is not true for five families due to the events of January 6.

Five families who read the final texts they exchanged. Five families who call that persons number in a moment. Only to remember they are gone. Five empty spaces at the dinner table. Five faint voices in the back of someones mind. Mothers, Fathers, brothers, sisters, and friends. Forever missing five smiles and five, "I Love You's."

I cannot find it in me to make my problems worse that punishment. I believe that have been punished for my actions. Those five families, though. They're in a prison cell that I cannot imagine.

Blas Santillan