UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 22-CR-00032(FYP) |
| BLAS SANTILLAN, : | |
| : | |
| Defendant. : | |

# DEFENDANT'S UNOPPOSED MOTION FOR SELF SURRENDER TO BOP

The defendant, BLAS SANTILLAN, through his attorney, Kira Anne West, respectfully requests that Mr. Santillan be allowed to turn himself in to serve his time in accordance with the sentence given by the Court on September 23, 2022, and in support states the following:

This Honorable Court sentenced Mr. Santillan to 45 day incarceration/3 year probation split sentence on September 23, 2022. At sentencing, the Court told Mr. Santillan that Mr. Santillan did not have to report to serve his sentence until after his scheduled MMA fight which is scheduled for November 5th, 2022. Mr. Santiallan cannot arrange transportation to the BOP facility until November 18, 2022. He has already received his letter from BOP which states that he must surrender at or around November 5, 2022. Unfortunately, there is no public transportation from where Mr. Santillan lives to the BOP facility in Kentucky where he will serve his sentence.

1

Undersigned counsel contacted both AUSA Amore and USPO Willet. Ms. Willet is out of the office until October 24, 2022. Undersigned counsel spoke to Mr. Amore who does not oppose this motion.

Respectfully submitted,

By:    /s/
Kira Anne West
DC Bar No. 993523
712 H. St. N.E., Unit #509
Washington, D.C. 20005
Phone: 202-236-2042
kiraannewest@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify on the 17th day of October, 2022 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/
Kira Anne West