UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BLAS SANTILLAN,<br><br>*Defendant*. | Case No. 22-cr-32 (FYP) |

## ORDER

Upon consideration of defendant Blas Santillan's [52] Unopposed Motion to extend his self-surrender date, it is hereby

**ORDERED** that Mr. Santillan's self-surrender date shall be extended to November 18, 2022, to give him adequate time to travel to the designated Bureau of Prisons facility after his mixed martial arts event scheduled for November 5, 2022.

**SO ORDERED.**

Date:   October 26, 2022

_____
Florence Y. Pan
United States Circuit Judge
(Sitting by designation in the United States
District Court for the District of Columbia)